**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Parker Shannon,

                Plaintiff,            17 **CIVIL** 667 (AJN)

     -against-                      **JUDGMENT**

Credit Agricole Securities (USA), INC.,
                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 19, 2021, Defendant's motion for summary judgment is GRANTED. Plaintiff's Motion to Strike is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
          March 19, 2021

                                                      **RUBY J. KRAJICK**
                                                      **Clerk of Court**
                         **BY:**    K. Mango
                                                      **Deputy Clerk**